FILED _____ LODGED
_____ RECEIVED _____ COPY

MAR 2 7 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>John Adam Bachler,<br><br>Defendant. | No.   CR-19-00333-PHX-DLR (JZB)<br><br>**INDICTMENT**<br><br>VIO:   18 U.S.C. §§ 922(g)(8) and<br>924(a)(2)<br>(Possession of Firearm/Ammunition<br>by Person Subject to Protective<br>Order)<br>Count 1 |

THE GRAND JURY CHARGES:

## COUNT 1

On or about November 16, 2018, in the District of Arizona, defendant JOHN ADAM BACHLER, did knowingly possess, in and affecting interstate commerce, firearms and ammunition, to wit:

- 1 Beretta model 92FS 9mm pistol (serial number A140095Z);

- 1 Smith & Wesson model 422 .22 caliber pistol (serial number TBV3057);

- 1 Marlin model 880 .22 caliber rifle (serial number 11563690);

- 1 Ithaca model 37, 12 gauge shotgun (serial number 481656-2);

- 1 Norinco model MAK90 Sporter 7.62 caliber rifle (serial number 46697);

1  - 1 Springfield Armory model M1 .30 caliber rifle (serial number 1838928);

2  - 1 Marlin model 45, .45 caliber rifle (serial number 13827976);

3  - 1 Springfield Armory model 1911 .45 caliber pistol (serial number NM177313);

4  - 1 Federal Ordinance model M14SA rifle (serial number 21400); and

5  - Ammunition, and components of ammunition, of various calibers, having been

6  previously shipped and transported in interstate commerce.

7  The possession of such items was unlawful because the defendant, JOHN ADAM

8  BACHLER, was then subject to a court order issued on October 22, 2018 by the Superior

9  Court of Arizona, Maricopa County in case number FC 2018-007499 (1) which was issued

10  after a hearing for which he was properly served and of which he therefore received actual

11  notice and in which he had an opportunity to participate; (2) which restrained him from

12  harassing, stalking, and threatening A. B., an intimate partner and her child and engaging

13  in other conduct that would place them in reasonable fear of bodily injury, to wit,

14  specifically restraining defendant from committing acts and threats of domestic abuse

15  against A. B. and her child; and (3) that included a finding that the defendant was a credible

16  threat to the physical safety of them and explicitly prohibited the use, attempted use and

17  threatened use of physical force against them that would reasonably be expected to cause

18  bodily injury, to wit, by finding that the defendant had previously engaged in, and may

19  engage in, domestic abuse under Arizona Revised Statutes, Section 13-3601.

20  In violation of Title 18, United States Code, Sections 922(g)(8) and 924(a)(2).

21  A TRUE BILL

22  /S/

23  FOREPERSON OF THE GRAND JURY
Date: March 27, 2019

24

25  ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

26

27  /S/

28  BRIAN E. KASPRZYK
Assistant U.S. Attorney